**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION. | MDL No. 1387<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel to the parties in the actions listed in Exhibit A that the undersigned anticipate that the actions listed in Exhibit A will be transferred to the Multidistrict Litigation entitled *In Re Protegen Sling and Vesica System Products Liability Litigation*, MDL No. 1387, after which they will be subject to a Case Management Order which provides:

> Defendant filed a Master Answer to the Master Complaint on June 5, 2001. The Master Answer shall constitute an answer in each Individual Case now pending or subsequently added to this proceeding, and automatically amends any other answers filed in those cases. Defendant otherwise need not file answers in any Individual Case pending in or subsequently added to this proceeding.

IT IS FURTHER STIPULATED AND AGREED that in anticipation of the transfer of the actions listed in Exhibit A to MDL No. 1387 that Cory Watson Crowder & Degaris, PC, national counsel to the plaintiffs in the actions listed in Exhibit A and Kaye Scholer LLP, national counsel to Boston Scientific in the actions listed in Exhibit A, have stipulated and agreed to an indefinite extension of time for Boston Scientific to answer in any action filed in any federal court. A true and correct copy of said stipulation is attached hereto as Exhibit B.

IT IS FURTHER STIPULATED AND AGREED that the indefinite extension of time to answer as set forth Exhibit B applies to the actions listed on Exhibit A hereto and that because

FILED FEB 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

of the stipulation set forth in Exhibit B and the anticipated transfer of the cases in Exhibit A to the MDL, the undersigned agree to permit Boston Scientific an indefinite extension of time to answer as set forth above.

Dated: 2/6/2002

RANDALL & SCHUMACHER, PA

By [signature]
Stephen J. Randall
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, Minnesota 55415
Telephone: 612-332-0351

ATTORNEYS FOR PLAINTIFFS

Dated: February 5, 2002

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON P.A.

By: [signature]
Tracy J. Van Steenburgh Reg. No. 141173
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANT

***SO ORDERED***:

Dated: 2/7/2002

[signature]
United States District Judge

**EXHIBIT A**

| | |
|---|---|
| Barbara Alcock and James Alcock v. | 02-CV-75 JRT/FLN |
| Judi Bender and Robert Bender v. | 02-CV-76 RHK/JMM |
| Marjorie Cook and Derrell Cook v. | 02-CV-77 DWF/AJB |
| Thelma Sheffield v. | 02-CV-78 PAM/JGL |
| Dorothy Crobarger v. | 02-CV-79 DSD/JMM |
| Alouise Douyard and Gerald Douyard v. | 02-CV-80 JRT/FLN |
| Carol Gibbons and Harlie Gibbins v. | 02-CV-81 ADM/AJB |
| Dianne Holfinger and James Holfinger v. | 02-CV-82 JRT/FLN |
| Cecelia Hornback and Johnny Hornback v. | 02-CV-83 DSD/JMM |
| Lela Lair and Charles Lair v. | 02-CV-84 PAM/JGL |
| Wanda C. Loose v. | 02-CV-85 ADM/AJB |
| Emily Lopez and Israel Lopez v. | 02-CV-86 DWF/AJB |
| Roxanne Milliron and Mathew Milliron v. | 02-CV-87 DWF/AJB |
| Audrey Murphy v. | 02-CV-88 PAM/JGL |
| Lynn M. O'Conner v. | 02-CV-89 DSD/JMM |
| Dorothy Palmer v. | 02-CV-90 DSD/JMM |
| Magdalena Ray v. | 02-CV-91 DSD/JMM |
| Tracey Jordan v. | 02-CV-92 JMR/FLN |
| Mary Renn and Leonard Renn v. | 02-CV-93 JMR/FLN |
| Lillian Rice and Virgil Rice v. | 02-CV-94 RHK/JMM |
| Melinda Roseberry and Donald Roseberry v. | 02-CV-95 RHK/JMM |
| Cheryl Wachsman and Russell Wachsman v. | 02-CV-96 ADM/AJB |
| Brenda Wheeler and Kenneth Wheeler v. | 02-CV-97 PAM/JGL |
| Jody Wilson and Jack Lopez v. | 02-CV-98 JMR/FLN |

EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| **In re PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No.: 1:01-01387**<br>**MDL No. 1387**<br>**(Centralized before Hon. Benson Everett Legg, Judge)** |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that Boston Scientific Corporation's ("Boston Scientific") time to answer is indefinitely extended in any action filed in any federal court by or on behalf of plaintiffs who allege injury as a result of implantation of a ProteGen™ Sling and who are represented by the firm of Cory, Watson, Crowder & DeGaris.

**IT IS FURTHER STIPULATED AND AGREED** that the undersigned parties anticipate such actions will be transferred to the Multidistrict Litigation entitled *In Re PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION* after which they will be subject to a Case Management Order which provides

> Defendant filed a Master Answer to the Master Complaint on June 5, 2001. The Master Answer shall constitute an answer in each Individual Case now pending or subsequently added to this proceeding, and automatically amends any other answers filed in those cases. Defendant otherwise need not file answers in any Individual Case pending in or subsequently added to this proceeding.

30316417.WPD

**IT IS FURTHER STIPULATED AND AGREED** that the indefinite extension of time to answer, set forth above, applies to any such action that has been served upon, but not yet answered by, Boston Scientific, as well as to any such action which will be served upon Boston Scientific in the future.

Dated: July 19, 2001

CORY WATSON CROWDER & DEGARIS, PC

By: [signature]

C. ANTHONY GRAFFEO, ESQ.

Attorneys for Plaintiffs
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

KAYE SCHOLER LLP

By: [signature] (2468)

JUNE A. O'HEA, ESQ.

Attorneys for Boston Scientific Corporation
425 Park Avenue
New York, New York 10022
(212) 836-7785